# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:96-cr-00182-LDG |
| v. | **ORDER** |
| ERNEST NATHANIAL CLARK, | |
| Defendant. | |

For the reasons previously noted by this Court in denying Defendant's earlier motion for early termination of supervised release (see Order Entered and Served December 21, 2011, Doc. #68),

THE COURT **ORDERS** that Ernest Nathanial Clark's Motion to Terminate Supervised Release After Completion of One-Year of Supervision Pursuant to Title 18 U.S.C. §3853(e)(1) (#69) is DENIED.

DATED this 31 day of March, 2014.

Lloyd D. George
United States District Judge